## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**SARAH MCRANEY**                                                **PLAINTIFF**

**v.**                                **CIVIL ACTION NO. 2:25-cv-146-TBM-RPM**

**CELLULAR SOUTH, INC.**                                         **DEFENDANT**

### ORDER

This matter came before the Court on the Defendant's Motion to Dismiss [4]. At the hearing conducted on July 24, 2026, the Court considered the pleadings, the record, the oral arguments of the parties, and the relevant legal authority.

Then, the Court announced on the record its detailed findings and conclusions. To be clear, all legal analysis and authority was announced from the bench and is contained in the hearing transcript.

For all of the reasons contained in the hearing transcript:

IT IS ORDERED that the Defendant's Motion to Dismiss [4] is DENIED.

This, the 24th day of July, 2026.

                                        _____
                                        TAYLOR B. McNEEL
                                        UNITED STATES DISTRICT JUDGE